## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK MALONEY,                :       CIVIL ACTION

          vs.              :

AMSHER COLLECTION SERVICES,   :       NO. 15-02466
INC., et al.

### O R D E R

**AND NOW, TO WIT:** This 7th day of July, 2015,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, it is

            **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

                     **MICHAEL E. KUNZ**, Clerk of Court

                     **BY:** /s/ Katie Furphy
                        Katie Furphy
                        Civil Deputy Clerk

Copies Emailed on  7/7/15    to:
   Jody B. Burton, Esq.

Civ 2 (7/83)

41.1(b)